

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

NICHOLAS J. BOURGEOIS          .                    CIVIL ACTION

VERSUS                                              NO. 00-312

AMERICAN NATIONAL FIRE                              SECTION "B" (2)
INSURANCE CO. ET AL.


    **IT IS ORDERED** that a **Settlement Conference** is set in this case on **August 18, 2000**

**at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale

Boggs Building, Room B409, New Orleans, Louisiana.

    Counsel for all parties are instructed to submit their respective settlement position

letters on or before **August 17, 2000**, for the confidential and exclusive use of Magistrate

Judge Joseph C. Wilkinson, Jr.

    New Orleans, Louisiana, this _____ day of August, 2000.


JOSEPH C. WILKINSON, JR.
cc: HON. IVAN L. R. LEMELLE          UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY

AUG 1 4 2000