

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS J. BOURGEOIS | CIVIL ACTION |
| VERSUS | NO. 00-312 |
| AMERICAN NATIONAL FIRE INSURANCE COMPANY, ET AL. | SEC. "B"(2) |

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, and assured that they need only to obtain final authority from principles, execute releases and deliver funds. Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED** without cost and without prejudice to the right, upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time, with the Court retaining jurisdiction over this action to enforce settlement if not timely consummated or if final settlement authority is not obtained.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

DATE OF ENTRY
SEP 1 8 2000



**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 15th day of September, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE