

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25  PM 12: 03

LORETTA G. WHYTE
       CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS J. BOURGEOIS | * | CIVIL ACTION NO: 00-0312 |
| versus | * | SEC. "B"(2) |
| AMERICAN NATIONAL FIRE INSURANCE COMPANY and SUPREME TOWING CO., INC. | * | JUDGE LEMELLE |
| | * | MAGISTRATE WILKINSON |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiff, **NICHOLAS J. BOURGEOIS**, and defendants, **SUPREME TOWING CO., INC.** and **AMERICAN NATIONAL FIRE INSURANCE COMPANY,** and upon suggesting to the Court all claims in this litigation have been compromised and settled, move the Court for an Order dismissing,

```
DATE OF ENTRY
  OCT 2 6 2000
```

the claim filed by Nicholas J. Bourgeois, with prejudice, each party to bear their own respective costs of Court.

                Respectfully submitted,

                BRUNO & BRUNO
                825 Baronne Street
                New Orleans, LA 70113
                (504) 525-1335

                _____
                STEPHEN P. BRUNO, (#1272)
                *Attorney for Nicholas J. Bourgeois*

and

**REICH, MEEKS & TREADAWAY, L.L.C.**

                _____
                RANDELL E. TREADAWAY, (#1624)
                PATRICIA C. PENTON, (#1120)
                3850 North Causeway Blvd., Suite 1000
                Metairie, LA 70002
                Telephone: (504) 830-3999
                Telefax: (504) 830-3950
                ***Attorneys for Defendants, Supreme Towing Co., Inc. and American National Fire Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this 19th day of October, 2000.

_____
PATRICIA C. PENTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS J. BOURGEOIS | * | CIVIL ACTION NO: 00-0312 |
| | * | |
| versus | * | SEC. "B"(2) |
| | * | |
| AMERICAN NATIONAL FIRE | * | JUDGE LEMELLE |
| INSURANCE COMPANY and SUPREME | * | |
| TOWING CO., INC. | * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

**CONSIDERING THE FOREGOING** Joint Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED,** that the claim filed by Nicholas J. Bourgeois be and is hereby dismissed, with prejudice, each party to bear their own respective costs of Court.

New Orleans, Louisiana, this 26th day of October, 2000.

_____
**UNITED STATES DISTRICT JUDGE**